Dismissed and Memorandum Opinion filed September 13, 2007








 

Dismissed
and Memorandum Opinion filed September 13, 2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00537CR

____________

 

XUONG QUOC TANG,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from County Criminal
Court at Law No. 2

Harris County, Texas

Trial Court Cause No.
1418160

 



 

M E M O R A N D U M   O P I N I O N

A
written request to withdraw the notice of appeal, personally signed by
appellant, has been filed with this Court.  See Tex. R. App. P. 42.2.  Because this Court has not delivered
an opinion, we grant appellant=s request.

Accordingly,
we order the appeal dismissed.  We direct the Clerk of the Court to issue the
mandate of the Court immediately.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed September 13, 2007.

Panel consists of Chief Justice
Hedges, Justices Yates and Frost.

Do not publish C Tex.
R. App. P. 47.2(b).